IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| | |
|---|---|
| AMERICAN HALLMARN INSURANCE COMPANY OF TEXAS, | CV 19–48–M–DLC |
| Petitioner, | ORDER |
| vs. | |
| WESTERN BUILDING CENTER, INC. a Montana corporation; JEREMIAH HARTLE and KAREN HARTLE, husband and wife, individually and on behalf of their minor children, | |
| Defendants. | |

Before the Court is the parties Stipulation to Vacate Pending Deadlines and Stay Proceedings as set forth in Court's Preliminary Pretrial Conference Order. (Doc. 7.) The Court finds there is good cause to grant the Stipulation.

IT IS ORDERED that the Stipulation to Vacate Pending Deadlines and Stay Proceedings (Doc. 8) is GRANTED. The pending deadlines set out in this Court's prior Order (Doc. 7) are vacated and stayed. The parties shall provide the Court with a status update within 90 days from the date of this Order.

DATED this 27th day of September, 2019.

/s/ Dana L. Christensen
Dana L. Christensen, Chief Judge
United States District Court