IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| AMERICAN HALLMARK INSURANCE COMPANY OF TEXAS,<br><br>Plaintiff,<br><br>vs.<br><br>WESTERN BUILDING CENTER, INC., a Montana corporation, JEREMIAH HARTLE and KAREN HARTLE, husband and wife, individually and on behalf of their minor children,<br><br>Defendants. | CV 19–48–M–DLC<br><br>ORDER |

Pursuant to the parties' Stipulation for Dismissal with Prejudice (Doc. 14),

IT IS ORDERED that this action is DISMISSED WITH PREJUDICE, the parties to bear their own costs and attorneys' fees. All deadlines are VACATED and any pending motions are DENIED as moot.

DATED this 24th day of April, 2020.

Dana L. Christensen, District Judge
United States District Court